ARCHIBALD S. WHITE, Respondent, *v.* ARTHUR B. LEACH et al., Doing Business under the Firm Name of A. B. LEACH & Co., Appellants.

*White* v. *Leach,* 175 App. Div. 150, appeal dismissed.
(Submitted January 15, 1917; decided January 30, 1917.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 4, 1916, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action on contract.

The motion was made upon the grounds that the Appellate Division had unanimously decided that the findings of fact were sustained by the evidence; that there were no exceptions that the Court of Appeals could review; that the appeal was frivolous and taken solely for delay.

*Nathaniel A. Elsberg* and *Charles E. Thorn* for motion.

*Henry M. Earle* opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.